IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00960-EWN-PAC

TRANS AMERICA GLOBAL TRADING, LLC,

    Plaintiff(s),

v.

CAPITAL INVESTMENTS- USA, INC., A/K/A,
CEBAG MARKETING, and
KEYCORP, A/K/A KEY BANK NATIONAL,
ASSOCIATION, A/K/A KEY BANK,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
August 31, 2006

    Upon review of the plaintiff's Opposed Motion for Leave to File Plaintiff's First Amended Complaint, Doc. # 24, filed July 26, 2006, and noting that no response in opposition has been filed, IT IS HEREBY

    **ORDERED** that plaintiff's Opposed Motion for Leave to File Plaintiff's First Amended Complaint, Doc. # 24, filed July 26, 2006, is GRANTED.  It is further

    **ORDERED** that, because there is no docket entry for the First Amended Complaint, plaintiff shall contact the Clerk's office to ensure that the signed First Amended Complaint has been tendered to the Court.  If so tendered, the First Amended Complaint is to be considered as filed this date and accordingly docketed.  It is further

    **ORDERED** that KeyCorp's Answer to Amended Complaint, Doc. # 36, filed August 21, 2006 shall be considered KeyCorp's timely filed Answer to the First Amended Complaint.