IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00960-EWN-PAC

TRANS AMERICA GLOBAL TRADING, LLC,

    Plaintiff(s),

v.

CAPITAL INVESTMENTS- USA, INC., A/K/A,
CEBAG MARKETING, and
KEYCORP, A/K/A KEY BANK NATIONAL,
ASSOCIATION, A/K/A KEY BANK,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Amend Scheduling Order to Extend Deadline to File a Deposition Schedule (Doc. #39), filed September 1, 2006, is **GRANTED**.  The parties shall file their deposition schedule **on or before September 15, 2006.**

Dated:  September 5, 2006