**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00960-EWN-PAC

TRANS AMERICA GLOBAL, LLC,

    Plaintiff,

v.

CAPITAL INVESTMENTS – USA, INC. and

KEYCORP A/K/A KEY BANK NATIONAL ASSOCIATION A/K/A KEY BANK

    Defendants.

---

**ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

The court considered the joint stipulation of dismissal without prejudice filed by Plaintiff, Trans America Global, LLC, Defendant, Capital Investments-USA, Inc. and Defendant, Keycorp a/k/a Key Bank National Association a/k/a Key Bank.

It is therefore ORDERED that this case is dismissed without prejudice.

Dated: December 15, 2006

                          s/ Edward W. Nottingham

                          UNITED STATES DISTRICT JUDGE